# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

TIMOTHY MILTON (3-2-74),
TORRENCE MILTON (11-18-77),
TERRELL MILTON (9-17-76),
THEARTIS MILTON (1-14-71),
LASHONZA HUNT (8-8-71),
MARC MOSLEY (2-10-70),
DEMARIO CHARLES MOSLEY (10-10-83),
ROY MONETTE (3-13-71),
FELIC CLAYPOOL (5-1-79),
BENJAMIN STIBBE (5-13-82),
TERI STIBBE (11-29-56),
JONATHON SELENSKY (11-08-86),
ERIC MURPHY (10/1/72),

CRIMINAL COMPLAINT

CASE NUMBER: 06-M-460

    I, Ellen Roy, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning sometime in 2002, and continuing through until the present time, in the City of Milwaukee, and in the State and Eastern District of Wisconsin, the above-named individuals did knowingly and intentionally conspired to possess with the intent to distribute and distribute in excess of one (1) kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and during such conspiracy death and serious bodily injury resulted from the use of such heroin, in violation of Title 21, United States Code, §§ 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

    I further state that I am a Special Agent for the United States Department of Justice, Drug Enforcement Administration, and that this complaint is based on the facts contained in the attached affidavit.

Continued on the attached sheet and made a part hereof: ✔ Yes

Signature of Complainant

Sworn to before me and subscribed in my presence,

September 11th, 2006
Date

at Milwaukee, Wisconsin
City and State

William E. Callahan, Jr., U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer